ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JOSHUA D. JUDD, ESQ.
Nevada Bar No. 14890
JAYME N. MARTINEZ, ESQ.
Nevada Bar No. 15802
**SGRO & ROGER**
2901 El Camino Avenue, Ste. 204
Las Vegas, NV 89102
Telephone: (702)-384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jjudd@sgroandroger.com
jmartinez@sgroandroger.com

*Attorneys for Defendants Mariscos El Puerto, Inc. and La Catrina, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARISCOS EL PUERTO, INC.; LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01310-JCM-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by MARISCOS EL PUERTO, INC. and LA CATRINA, LLC (collectively, "Defendants"), by and through their counsel of record, JOSHUA D. JUDD, ESQ., and U.S. EQUAL OPPORTUNITY COMMISSION ("EEOC"), by and through its counsel of record, LORENA GARCIA, ESQ., to extend the deadline for Defendants to file a responsive pleading until December 13, 2023.

/ / /

/ / /

This Stipulation to Extend Deadline for Responsive Pleading is based upon the following:

1. The above-captioned Action was filed on August 24, 2023 [ECF No.1];

2. EEOC attempted to secure a Waiver of Service on behalf of each Defendant by communicating with prior counsel; however, prior counsel informed EEOC that they were no longer representing Defendants;

3. As such, EEOC effectuated service on each Defendant;

4. Defendants were served with the Summons and Complaint on or about October 26, 2023 (Mariscos) and October 30, 2023 (La Catrina);

5. Due to the transition of representation, undersigned counsel needs time to review and familiarize themselves with the facts and circumstances as alleged in the Complaint;

6. Defendants' counsel needs additional time to properly and adequately respond to the allegations contained in the Complaint;

7. Defendants, and each of them, consent to undersigned counsel seeking an extension of time to file a responsive pleading;

8. EEOC has no objection to the extension of time;

9. Denial of the extension of time would result in undersigned counsel being unprepared to properly and adequately respond to the allegations contained in the Complaint;

10. The additional time requested herein (to December 13, 2013) is not sought for the purposes of delay.

DATED this 13 day of November, 2023.

**SGRO & ROGER**

| | |
|---|---|
| */s/ Joshua D. Judd* | */s/ Lorena Garcia-Bautista* |
| ANTHONY P. SGRO, ESQ. | LORENA GARCIA-BAUTISTA, ESQ. |
| Nevada Bar No. 3811 | SBN 234091 |
| JOSHUA D. JUDD, ESQ. | ANNA Y. PARK, ESQ. |
| Nevada Bar No. 14890 | SBN 164242 |
| JAYME N. MARTINEZ, ESQ. | NAKKISA AKHAVAN |
| Nevada Bar No. 15802 | SBN 286260 |
| **SGRO & ROGER** | TAYLOR MARKEY |
| 2901 El Camino Avenue, Ste. 204 | SBN 319557 |

| | |
|---|---|
| Las Vegas, NV 89102<br>Telephone: (702)-384-9800<br>Facsimile: (702) 665-4120<br>tsgro@sgroandroger.com<br>jjudd@sgroandroger.com<br>jmartinez@sgroandroger.com | **U.S. EQUAL EMPLOYMENT**<br>**OPPORTUNITY COMMISSION**<br>255 E. Temple St., Fourth Floor<br>Los Angeles, CA 90012<br>Telephone: (213) 785-3080<br>Facsimile: (213) 894-1301 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JOSHUA D. JUDD, ESQ.
Nevada Bar No. 14890
JAYME N. MARTINEZ, ESQ.
Nevada Bar No. 15802
**SGRO & ROGER**
2901 El Camino Avenue, Ste. 204
Las Vegas, NV 89102
Telephone: (702)-384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jjudd@sgroandroger.com
jmartinez@sgroandroger.com

*Attorneys for Defendants Mariscos El Puerto, Inc. and La Catrina, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARISCOS EL PUERTO, INC.; LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01310-JCM-NJK<br><br>**ORDER** |

Based on the Stipulation of the parties, and good cause appearing therefor:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that the deadline for Defendants to file a responsive pleading in the above-captioned matter shall be extended to **December 13, 2023**.

IT IS SO ORDERED.

Dated:  November 15, 2023

_____
UNITED STATES MAGISTRATE JUDGE