Anna Y. Park, CA SBN 164242
Lorena Garcia-Bautista, CA SBN 234091
Derek Li, CA SBN 150122
Dayana R. Pelayo, SBN 308705
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Deborah A. Mann, NV SBN 3763
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 553-4464
E-mail: deborah.mann@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*[Additional Counsel on Next Page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01310-ART-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO REMOVE NAKKISA AKHAVAN AS ATTORNEY OF RECORD** |

-1-

-2-

Sophie Tarazi, CA SBN 329721
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 West C Street, Suite 750
San Diego, CA 92101
Telephone: (213) 785-1614

Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its motion to remove Nakkisa Akhavan as attorney of record in this matter.

Ms. Akhavan is no longer employed by the Legal Unit of the EEOC. Accordingly, Ms. Akhavan should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. EEOC attorneys Anna Y. Park, Lorena Garcia-Bautista, Derek Li, Deborah A. Mann, Sophie Tarazi, and Dayana Pelayo remain as attorneys of record for Plaintiff EEOC.

Dated: January 9, 2026

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By:   /s/ *Lorena Garcia-Bautista*
      Lorena Garcia-Bautista
      Attorney for Plaintiff U.S. EEOC

IT IS SO ORDERED.
Dated:  January 9, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

-3-