# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

U.S. Equal Employment Opportunity Commission,

     Plaintiff(s),

v.

Mariscos El Puerto, Inc., et al.,

     Defendant(s).

Case No. 2:23-cv-01310-ART-NJK

**Order**

[Docket No. 108]

Pending before the Court is a motion for reconsideration of the order denying defense counsel's motion to withdraw. Docket No. 108. Counsel indicates therein that his law firm is willing to represent Defendants on a *pro bono* basis at the upcoming settlement conference. *See id.* at 6. Accordingly, the motion for reconsideration is **DENIED** without prejudice.[1] If the settlement conference does not result in resolution of this case, defense counsel may move to withdraw by April 30, 2026. Any response to that motion must be filed by noon on May 5, 2026, any reply must be filed by May 6, 2026, and an in-person hearing at which counsel and a corporate representative must be present will be held at 3:00 p.m. on May 7, 2026, in courtroom 3C.[2]

IT IS SO ORDERED.

Dated: March 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court notes that the prior motion to withdraw was denied *without prejudice*. *See* Docket No. 106 at 1, 5. An order denying relief without prejudice is telling the movant that he may "try again." *Lescinsky v. Clark Cnty. Sch. Dist.*, 539 F. Supp. 3d 1121, 1125 n.1 (D. Nev. 2021) (quoting *Ceja v. Scribner*, No. LA CV 07-00606-VBF-KES, 2016 WL 3996152, at *6 (C.D. Cal. Jan. 19, 2016)). Hence, it would seem that counsel could simply file a new motion to withdraw fashioned to address the standards and issues identified in the earlier order, as opposed to seeking reconsideration of that order.

[2] Counsel are reminded that the deadlines set herein control this briefing schedule regardless of any contrary notifications from CMECF. *See* Local Rule IC 3-1(d).

1